**No. 25-2642**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

CARLIN ANDERSON and DAVE CLARK,

*Plaintiffs-Appellants*

v.

KWAME RAOUL, et al.,

*Defendants-Appellees*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS (No. 3:22-cv-02740-DWD)
HONORABLE DAVID W. DUGAN

## APPELLANTS' DOCKETING STATEMENT

| | |
|---|---|
| David G. Sigale | David H. Thompson |
| LAW FIRM OF DAVID G. SIGALE, P.C. | *Counsel of Record* |
| 55 West 22nd Street, Suite 230 | Peter A. Patterson |
| Lombard, IL 60148 | Athanasia O. Livas |
| Tel: (630) 452-4547 | Jack W. Tucker |
| Fax: (630) 596-4445 | COOPER & KIRK, PLLC |
| dsigale@sigalelaw.com | 1523 New Hampshire Avenue, N.W. |
| | Washington, D.C. 20036 |
| | Tel: (202) 220-9600 |
| | Fax: (202) 220-9601 |
| | dthompson@cooperkirk.com |

*Counsel for Anderson Plaintiffs-Appellants*

# DOCKETING STATEMENT OF APPELLANT

In accordance with Rule 3 of the Federal Rules of Appellate Procedure and Seventh Circuit Rule 3(c), Plaintiffs Carlin Anderson and Dave Clark submit the following Docketing Statement.

1. **Statement of District Court Jurisdiction:** Plaintiffs Carlin Anderson and Dave Clark filed a complaint for declaratory and injunctive relief alleging that the ban on commonly possessed suppressors enforced by 720 ILL. COMP. STAT. ANN. 5/24-1(a)(6) and all other related laws, regulations, policies, and procedures violate the right to keep and bear arms as guaranteed by the Second and Fourteenth Amendments to the United States Constitution. The District Court had subject matter jurisdiction under 28 U.S.C. § 1331.

2. **Statement of Appellate Jurisdiction:** The Court of Appeals has jurisdiction over this appeal under 28 U.S.C. § 1291 as an appeal from a federal district court's final judgment. On September 5, 2025, the District Court issued an opinion and order granting Defendants Motion for Judgment on the Pleadings, Dkt. 109, and entered final judgment on September 8, 2025, Dkt. 110. This is not a direct appeal from a magistrate judge. No Rule 59(e) Motion to Alter or Amend Judgment or other motion tolling the time for filing a Notice of Appeal has been filed.

3. **Notice of Appeal:** The Notice of Appeal was filed on September 17, 2025, within the time designated by FED. R. APP. P. 12.

4. **Prior or Related Appellate Proceedings:** A related proceeding is *Morse et al. v. Raoul et al.*, No. 23-2740-DWD (S.D. Ill. 2025), which was consolidated with this case in the district court. A Notice of Appeal was filed by the *Morse* Plaintiffs on September 22, 2025, Doc. 115.

5. **Current Occupants of Officers Appearing in Their Official Capacities:** As of the date of this filing, Kwame Raoul is the Attorney General of Illinois; Brendan Kelly is the Director of the Illinois State Police; Craig Miller is the State's Attorney of Cass County, Illinois; and Bryan Robbins is the State's Attorney of Cumberland County, Illinois.

September 23, 2025

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
Athanasia O. Livas
Jack W. Tucker
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
alivas@cooperkirk.com
jtucker@cooperkirk.com

David G. Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
(630) 452-4547
dsigale@sigalelaw.com

*Counsel for Anderson Plaintiffs-Appellants*