# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 19, 2026

| | |
|---|---|
| Nos. 25-2642 & 25-2663 | CARLIN ANDERSON and DAVE CLARK, <br> Plaintiffs - Appellants <br><br> v. <br><br> KWAME RAOUL, et al., <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:22-cv-02740-DWD & 3:23-cv-00728-DWD <br> Southern District of Illinois <br> District Judge David W. Dugan | |

The following are before the court:

1. **MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF BY DEFENDANTS-APPELLEES RAOUL, KELLY, MILLER, AND ROBBINS**, filed on February 18, 2026, by counsel for the appellees.

2. **PLAINTIFFS-APPELLANTS' OPPOSITION TO MOTION FOR EXTENSION OF TIME TO FILE BRIEF**, filed on February 18, 2026, by counsel for the appellants.

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The briefs of the appellees are due by April 3, 2026.

2. The reply brief of the appellants, if any, is due by April 24, 2026.

In light of the number of extensions granted to the appellees in these consolidated appeals, counsel is expected to meet this deadline.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)