Nos. 25-2642, 25-2663 (consol.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| CARLIN ANDERSON and DAVE CLARK, | ) ) ) | Appeal from the United States District Court for the Southern District of Illinois |
| Plaintiffs-Appellants, | ) ) | |
| v. | ) ) | |
| KWAME RAOUL, in his official capacity as Attorney General of Illinois; BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; CRAIG MILLER, in his official capacity as State's Attorney of Cass County, Illinois; and BRYAN ROBBINS, in his official capacity as State's Attorney of Cumberland County, Illinois, | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:23-cv-00728-DWD<br><br><br><br><br><br><br><br>The Honorable DAVID W. DUGAN, |
| Defendants-Appellees. | ) | Judge Presiding. |
| LARRY MORSE and THEODORE RAY BUCK, JR., | ) ) ) | Appeal from the United States District Court for the Southern District of Illinois |
| Plaintiffs-Appellants, | ) ) | |
| v. | ) ) | |
| KWAME RAOUL, in his official capacity as Attorney General of Illinois; THEODORE HAMPSON, in his official capacity as State Attorney for Williamson County, Illinois; and SEAN FEATHERSTUN, in his official capacity as State Attorney for Jefferson County, Illinois, | ) ) ) ) ) ) ) ) ) ) | No. 3:22-cv-02740-DWD<br><br><br><br><br><br><br>The Honorable DAVID W. DUGAN, |
| Defendants-Appellees. | ) | Judge Presiding. |

# MOTION FOR EXTENSION OF TIME TO FILE BRIEF BY STATE DEFENDANTS-APPELLEES RAOUL, KELLY, MILLER, AND ROBBINS

State Defendants-Appellees Kwame Raoul, Brendan F. Kelly, Craig Miller, and Bryan Robbins move this court for a 31-day extension of time, from April 3, 2026, to May 4, 2026, to file their response brief in this appeal, and submit the attached declaration in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:   /s/ R. Sam Horan
R. SAM HORAN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-0797 (office)
(312) 405-5354 (cell)
Richard.Horan@ilag.gov

# DECLARATION

I, R. Sam Horan, state the following:

1.     I am a citizen of the United States over the age of 18.  My current business address is 115 South LaSalle Street, Chicago, Illinois 60603.  I have personal knowledge of the facts set forth in this declaration.  If called upon, I could competently testify to these facts.

2.     I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and have been assigned to represent State Defendants-Appellees Kwame Raoul, Brendan F. Kelly, Craig Miller, and Bryan Robbins in these consolidated appeals, docketed as Nos. 25-2642 and 25-2663.

3.     State defendants-appellees' response brief is due on April 3, 2026, on four extensions of time.  Case No. 25-2642, Doc. 29.  The first motion for an extension of time was filed on November 20, 2025, Case No. 25-2642, Doc. 21, and granted the next day, Case No. 25-2642, Doc. 22.  The second motion was filed on December 18, 2025, Case No. 25-2642, Doc. 23, and granted that same day, Case No. 25-2642, Doc. 24.  The third motion was filed on January 20, 2026, Case No. 25-2642, Doc. 25, and granted on January 23, 2026, Case No. 25-2642, Doc. 26.  The fourth motion was filed on February 18, 2026, Case No. 25-2642, Doc. 27, and granted the next day, Case No. 25-2642, Doc. 29.

4.     This motion is being filed at least seven days before the brief's due date, as required by 7th Cir. R. 26.

5. This case was transferred to me on March 9, 2026, and although I have begun to familiarize myself with the record and research the issues involved, I will be unable to complete a draft of the response brief, have the draft reviewed through the regular review process of the Civil Appeals Division, finalize the draft, and file the brief with this court by April 3, 2026, and request a 31-day extension for the following reasons.

6. First, on March 23, 2026, I filed the response brief of the defendants-appellees in *Safari Childcare, Inc. v. Penny*, No. 25-2467 (7th Cir.). That case involves, among other things, First Amendment and equal protection claims against 23 state employees. I prioritized that matter in my work schedule because the brief was due on a final extension of time.

7. Second, I represent the defendant-appellee in *Ill. Pol'y Inst. v. Flanagan*, No. 25-2937 (7th Cir.). That case involves a constitutional challenge to the Illinois Worker Freedom of Speech Act, 820 ILCS 57/1 *et seq.*, which prohibits covered employers from discharging or disciplining workers who refuse to attend certain meetings concerning political or religious topics. The brief is due on April 8, 2026, on two extensions of time. I have prioritized that matter in my work schedule because I had already begun work on it before this appeal was assigned to me.

8. Third, I represent the state defendants-appellees in *Freehan v. Berg*, No. 25-2967 (7th Cir.). That case involves a constitutional challenge to an Illinois statute regulating alcohol sales. The brief is due on April 15, 2026, on two extensions

of time.  I have prioritized that matter in my work schedule because of the need to coordinate a joint brief with separately represented appellees.

9.      On March 26, 2026, I provided plaintiffs' counsel notice of this request for an extension and a substantially similar version of this motion.  On March 27, 2026, Mr. Patterson informed me that plaintiffs oppose the requested extension.  In lieu of a separate opposition, Mr. Patterson provided the following statement: "[P]laintiffs oppose the requested extension, consistent with plaintiffs' opposition to appellees' fourth motion for an extension of time, Case No. 25-2642, Doc. 28, and the Court's statement in granting that motion that '[i]n light of the number of extensions granted to the appellees in these consolidated appeals, counsel is expected to meet this deadline,' Case No. 25-2642, Doc. 29."

10.     I do not request this extension of time for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 27, 2026.

/s/ R. Sam Horan
R. SAM HORAN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-0797 (office)
(312) 405-5354 (cell)
Richard.Horan@ilag.gov

## CERTIFICATE OF FILING AND SERVICE

I certify that on March 27, 2026, I electronically filed the foregoing Motion for Extension of Time to File Brief by State Defendants-Appellees Raoul, Kelly, Miller, and Robbins with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that all participants in this case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ R. Sam Horan
R. SAM HORAN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-0797 (office)
(312) 405-5354 (cell)
Richard.Horan@ilag.gov