# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

March 30, 2026

*By the Court:*

|  | CARLIN ANDERSON, et al., |
|---|---|
|  | Plaintiffs - Appellants |
| Nos. 25-2642 & 25-2663 | v. |
|  | KWAME RAOUL, et al., |
|  | Defendants - Appellees |
| **Originating Case Information:** | |
| District Court Nos: 3:22-cv-02740-DWD & 3:23-cv-00728-DWD | |
| Southern District of Illinois | |
| District Judge David W. Dugan | |

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE BRIEF BY STATE DEFENDANTS-APPELLEES RAOUL, KELLY, MILLER, AND ROBBINS**, filed on March 27, 2026, by counsel for the State appellees,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The briefs of the appellees are due by May 4, 2026.

2. The reply briefs of the appellants, if any, are due by May 26, 2026.

No further extensions of time will be allowed, except in extraordinary circumstances.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC** (form ID: **178**)