# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## RULE TO SHOW CAUSE

May 18, 2026

| | |
|---|---|
| No. 25-2642 | CARLIN ANDERSON and DAVE CLARK,<br>Plaintiffs - Appellants<br><br>v.<br><br>KWAME RAOUL, et al.,<br>Defendants - Appellees |
| No. 25-2663 | LARRY MORSE and THEODORE RAY BUCK, JR.,<br>Plaintiffs - Appellants<br><br>v.<br><br>KWAME RAOUL, et al.,<br>Defendants - Appellees |

**Originating Case Information:**

District Court No: 3:22-cv-02740-DWD
Southern District of Illinois
District Judge David W. Dugan

**Originating Case Information:**

District Court No: 3:23-cv-00728-DWD
Southern District of Illinois
District Judge David W. Dugan

**Originating Case Information:**

District Court No: 3:22-cv-02740-DWD
Southern District of Illinois
Clerk/Agency Rep Monica A. Stump
District Judge David W. Dugan
Court Reporter Erikia Schuster

**Originating Case Information:**

District Court No: 3:23-cv-00728-DWD
Southern District of Illinois

Clerk/Agency Rep Monica A. Stump
District Judge David W. Dugan

**To:**    Kerry Bridget Banahan
        EVANS & DIXON, LLC
        211 N. Broadway
        Metropolitan Square
        Suite 2500
        St. Louis, MO 63102-2727

        Mr. Keith B. Hill
        HEYL, ROYSTER, VOELKER & ALLEN, P.C.
        105 W. Vandalia Street
        Suite 100
        Edwardsville, IL 62025-0000

You have failed to file appellee's brief within the required time and no motion for an extension of time within which to file appellee's brief has been made pursuant to Circuit Rule 26.

**IT IS ORDERED** that you, as appellee, show cause within fourteen (14) days of the date of this order why this appeal should not be submitted to the Court for decision without a brief and without oral argument by the appellee, pursuant to Circuit Rule 31(d).

**IT IS FURTHER ORDERED** that briefing is **SUSPENDED** pending further court order.

**Please caption your response:**
"RESPONSE TO RULE TO SHOW CAUSE FOR APPELLEE "

form name: **c7_Briefing_Showcause**    (form ID: **114**)