# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

CARLIN ANDERSON, et al.,

*Plaintiffs-Appellants,*

v.

KWAME RAOUL, in his official capacity as Attorney General of Illinois, et al.,

*Defendants-Appellees.*

and

LARRY MORSE and THEODORE RAY BUCK, JR.

*Plaintiffs-Appellants*

v.

KWAME RAOUL, et al.

*Defendants-Appellees*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS (Nos. 3:22-cv-02740; 3:22-cv-00728)
HONORABLE DAVID W. DUGAN

## MOTION TO WITHDRAW AS COUNSEL

Stephen D. Stamboulieh respectfully moves this Court, pursuant to Circuit Rule 3(d), for leave to withdraw his appearance as counsel for Plaintiffs-Appellants Larry Morse and Theodore Ray Buck, Jr. in the above captioned appeal. In support of this motion, the undersigned states as follows:

1) Mr. Stamboulieh has accepted a position with the Department of Justice and will no longer be in private practice.

2)  Plaintiffs-Appellants will continue to be represented by listed co-counsel.

WHEREFORE, Stephen D. Stamboulieh respectfully requests that the Court grant this motion and permit him to withdraw his appearance in this matter.

Dated: August 3, 2026

Respectfully submitted,

*/s/Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that all participants in this appeal are registered CM/ECF users and will be served via the CM/ECF system.